| | |
|---|---|
| 1 | **Douglas R. Hart, SBN 115673**<br>dhart@sidley.com |
| 2 | **Jennifer B. Zargarof, SBN 204382**<br>jzargarof@sidley.com |
| 3 | **Francis S. Lam, SBN 279076**<br>flam@sidley.com |
| 4 | **SIDLEY AUSTIN LLP**<br>**555 West Fifth Street, Suite 4000** |
| 5 | **Los Angeles, California  90013**<br>**Telephone:  (213) 896-6000** |
| 6 | **Facsimile:  (213) 896-6600** |

E-FILED 5/11/15

JS-6

**Attorneys for Defendants**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| CHANEL LEMAR, as an individual and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>vs.<br><br>CVS Pharmacy, Inc., a Rhode Island corporation; Garfield Beach CVS, L.L.C., a California Corporation; and DOES 1 through 50, inclusive,<br><br>   Defendants. | Case No. 2:14-cv-01698-PSG-CW<br><br>Assigned to Hon. Philip S. Gutierrez<br><br>**[PROPOSED] FINAL JUDGMENT UNDER FED. R. CIV. PROC. 54**<br><br>**AWARD OF COSTS IN FAVOR OF DEFENDANTS** |

Defendants CVS Pharmacy, Inc. and Garfield Beach CVS, L.L.C. (collectively, "Defendants") filed a Motion for Summary Judgment on February 23, 2015 on Plaintiff Chanel LeMar's First Amended Complaint. **Dkt. #34.** The Court found the matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78(b). After considering the papers submitted by the Parties, the Court issued an order granting Defendants' Motion for Summary Judgment. **Dkt. #45.** Therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This action be, and it hereby is, dismissed in its entirety against Defendant CVS Pharmacy, Inc. with prejudice;

2. This action be, and it hereby is, dismissed in its entirety against Defendant Garfield Beach CVS, L.L.C. with prejudice;

3. Judgment is hereby entered in favor of Defendant CVS Pharmacy, Inc. and Defendant Garfield Beach CVS, L.L.C. and against Plaintiff Chanel LeMar as to all claims alleged in the First Amended Complaint filed herein; and

4. Defendants, as the prevailing parties, are entitled to their costs under Fed. R. Civ. P. 54(d) and Local Rule 54. Within 14 days after entry of judgment, Defendants, as the prevailing parties, shall file and serve a completed "Application to the Clerk to Tax Costs" in compliance Local Rules 5-3 and 5-4.1.

IT IS SO ORDERED.

Dated: 5/11/15

PHILIP S. GUTIERREZ
Hon. Philip S. Gutierrez
United States District Judge